**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


DAVID FARROW                                                                                PETITIONER


VS.                                        3:04CV00294 SWW/JTR


RICHARD BUSBY, Sheriff,
Crittenden County, Arkansas                                                    RESPONDENT


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby

DISMISSED, WITH PREJUDICE.

Dated this 27th day of February, 2006.

/s/Susan Webber Wright


UNITED STATES DISTRICT JUDGE